**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7963**

———————

VICTOR QUINONES-GONDOLA,

Plaintiff - Appellant,

versus

WARDEN; MAJOR, Worcester County Jail,

Defendants - Appellees,

and

ASSISTANT DISTRICT DIRECTOR, INS; COMMIS-
SIONERS INS; DOC INTERNAL AFFAIRS,

Defendants.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-01-
1846-MJG)

———————

Submitted: February 14, 2002        Decided: February 27, 2002

———————

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Victor Quinones-Gondola, Appellant Pro Se. John Francis Breads,
Jr., Columbia, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Victor Quinones-Gondola appeals the district court's grant of Appellees' Motion for More Definite Statement. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We also deny Quinones-Gondola's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2